MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVIN D. STANLEY,<br><br>Defendant. | Case No. 6:23-po-00149-HBK<br><br>MOTION TO REQUEST REFERRAL TO PROBATION |

    The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Arin C. Heinz, Assistant United States Attorney, hereby moves to request a referral to United States Probation in Case No. 6:23-po-00149-HBK against Defendant DEVIN D. STANLEY in the interests of justice. The Defendant has violated two terms of his unsupervised probation.

    On October 17, 2023, the Defendant was sentenced to 24 months of unsupervised probation. *See* Judgment (C.R. 16). Condition 2 of the Defendant's probation required him to "obey all federal, state, and local laws." The Government alleges that the Defendant violated Condition 2 when he was arrested on February 15, 2025, for violations of California Penal Code § 245(a)(4) Assault with a deadly weapon with force likely to produce great bodily injury (felony), California Penal Code § 211 Robbery (felony), and California Penal Code § 215(a) Carjacking (felony). This arrest was documented in his criminal

history report, obtained by U.S. Park Ranger Briana M. Vollmer (Rule 180) in preparation for a Probation Review Hearing set for March 4, 2025.

Condition 7 of the Defendant's probation required the Defendant to "notify the Court and the Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law." The Government further alleges that the Defendant violated Condition 7 of his probation by failing to notify the Government Officer within seven days of being arrested. The Government Officer has no record of any notification made by the Defendant or his counsel regarding the February 15, 2025, arrest.

The United States therefore requests that the Court refer this matter to United States Probation for review.

DATED: February 21, 2025   Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

By:   */s/ Arin C. Heinz*
ARIN C. HEINZ
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the Government's motion to refer this matter to United States Probation (Doc. No. 24) is made in Case No. 6:23-po-00149-HBK against DEVIN D. STANELY.

Dated:   February 22, 2025

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE