1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,

10                              Plaintiff,
              v.

11

12   DEVIN D. STANLEY,

13                              Defendant.

) CASE NO. 6:23-PO-00149-HBK
)
) **ORDER TO UNSEAL SUMMONS**
)
)
)
)
)
)
)

14

15       Upon application of the United States of America to unseal the summons filed May 1, 2025

16   (Doc. No. 30) and good cause having been shown,

17       IT IS HEREBY ORDERED: the Application (Doc. No. 30) is GRANTED and the Summons in

18   the above captioned case be unsealed so it can be provided to the parties for service.

19

20

Dated:    May 6, 2025

21                                          HELENA M. BARCH-KUCHTA
                                            UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28